Walter E. Deuel, Respondent, v. Mary R. Bolvay, as Executrix, etc., of Frank Edward Bolvay, Deceased, Appellant.— Judgment and order unanimously affirmed, with costs.

George D. Fish, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

George W. Falcon, Appellant, v. The Ottawa Transportation Company, Limited, Respondent.— Judgment unanimously affirmed, with costs.

Leonard S. Fuller, Respondent, v. The Village of Mechanicville, Appellant.— Judgment and order unanimously affirmed, with costs.

Solomon S. Kempner and Others, Respondents, v. The Hannan & Henry Motor Car Company, Appellant.— Judgment affirmed, with costs. All concurred, except Kellogg, P. J., who dissented.

Charles H. Mulroney, Respondent, v. James O. Winston and Thomas Winston, as Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. Cochrane, J., not sitting.

In the Matter of the Claim of Michelina Martucci, etc., Respondents, v. Hills Bros. Company, Employer, and Frankfort General Insurance Company, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of Anna T. Gray, Respondent, for Compensation under the Workmen's Compensation Law, v. Jacob De Jong, Employer, and Zurich General Accident and Liability Insurance Company, Limited, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of Mary E. O'Neil, Respondent, for Compensation to Herself under the Workmen's Compensation Law for the Death of Henry R. O'Neil, and State Industrial Commission, Respondent, v. Carley Heater Company, Employer, and The Fidelity and Casualty Company of New York, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Lyon, J., who dissented.

In the Matter of the Application of Jeremiah A. Scriven, Appellant, for a Peremptory Writ of Mandamus against Joseph T. Foxell, Treasurer of the City of Troy, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of Emanuel Grammici, for Compensation under the Workmen's Compensation Law (State Industrial Commission,